**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MITZI YANET SEPULVEDA, | No. 08-74871 |
| Petitioner, | Agency No. A072-126-209 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 19, 2010[**]

Before:     O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Mitzi Yanet Sepulveda, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision denying her application for cancellation of removal.

We have jurisdiction under 8 U.S.C. § 1252.  We review de novo questions of law,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Ramos Barrios v. Holder*, 581 F.3d 849, 854 (9th Cir.2009), and we deny the petition for review.

Sepulveda's contention that the agency erred in refusing to impute her father's longer physical presence in the United States in order to satisfy the requirement of 8 U.S.C. § 1229b(b)(1)(A) is unavailing. *See Ramos Barrios*, 581 F.3d at 859-66 (rejecting contention that parent's physical presence should be imputed to minor petitioner). The agency therefore correctly determined that Sepulveda lacked the ten years of continuous physical presence necessary to qualify for cancellation of removal under 8 U.S.C. § 1229b(b).

**PETITION FOR REVIEW DENIED.**

08-74871